Case 1:16-cv-02868-JMS-DML   29C01-1610-CT-009006   Document 1-1   Filed 10/21/16   Page 1 of 36 PageID #: 6
Hamilton Circuit Court
Filed: 10/14/2016 10:53:23 AM
Tammy Baitz
Clerk
Hamilton County, Indiana

## CIRCUIT AND SUPERIOR COURTS OF HAMILTON COUNTY, INDIANA

1 Hamilton County Square, Suite 313
Noblesville, IN 46060
Office Tel. (317) 776-8589

CAROLYN WENDY HERZ,                          CASE NO.

                         Plaintiff,

        -vs-

EVAN GOODMAN, et al.,

                    Defendants.

# SUMMONS

The State of Indiana to Defendant:        Hon. Richard L. Young, Chief Judge
                                          United States District Court for the Southern
                                                District of Indiana
                                          101 Northwest MLK Boulevard, Room 310
                                          Evansville, IN 47708

    You are hereby notified that the person named as plaintiff has sued you in the Court indicated above. The nature of the suit against you and the relief sought are stated in the complaint that is being served with this Summons.

    You must file with the Clerk of this Court and serve upon the plaintiff at the address below a response to the complaint within twenty (20) days, commencing the day after you receive the complaint and this summons, or a judgment by default may be rendered against you for the relief demanded in the complaint.

Date   10/14/2016   _____        _____
                                            Clerk, Hamilton Circuit/Superior Courts

                                                    SEAL

Carolyn Wendy Herz, Plaintiff *Pro se*
3105 Lehigh Court
Indianapolis, IN 46268-1320
Telephone (317) 876-0421

The following manner of service is hereby designated:

____X____  **Certified Mail**, return receipt, served to the address indicated on the Summons, by plaintiff or attorney.

_____  **Sheriff**, to the address indicated on the Summons.

| STATE OF INDIANA | ) | IN THE HAMILTON CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF HAMILTON | ) | CASE NO. |

CAROLYN WENDY HERZ,                       )
                                          )
                          Plaintiff,      )
                                          )
        vs.                               )
                                          )
EVAN GOODMAN, CYNTHIA AYERS, REBEKAH      )
PIERSON - TREACY, WILLIAM NELSON,         )
J. RICHARD CAMPBELL, MARION COUNTY        )
PROSECUTOR'S OFFICE, LEROY ROBINSON,      )
CAROLYN COLVIN as Acting Commissioner of the )
Social Security Administration, LORETTA LYNCH, )
RICHARD L. YOUNG, SUSAN BROOKS, LULA      )
PATTON, GERALD BEPKO, ORA PESCOVITZ a/k/a )
Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, )
CHARLENE PFENNINGER, ARUN SRIVASTAVA,     )
JACQUELINE HOBBS, and HILLARY CLINTON,    )
                                          )
                          Defendants.     )

## COMPLAINT FOR INJUNCTIVE RELIEF
## AND DAMAGES AND JURY DEMAND

1. Plaintiff brings a complaint alleging a pattern of racketeering activity and violations of human rights, including persistent identity theft, designed to exploit plaintiff as defendants' slave and scapegoat. Pursuant to Rule 38 (B) of the *Indiana Rules of Trial Procedure*, plaintiff demands a jury trial.

### I. PARTIES

2. Plaintiff Carolyn Wendy Herz is an unmarried female Jewish citizen of Marion County, Indiana, where she has resided from 1985 through the date of filing this complaint. I (plaintiff) am Caucasian, small in stature, five feet two inches tall, and I weigh approximately 105 pounds. I, plaintiff Carolyn Wendy Herz, have been characterized as "very responsible," "very blunt," and "very honest," and that I "speak truth to power." Carolyn Wendy Herz is the name

my parents gave me at birth and is my legal name for all purposes.

3. Defendant Evan Goodman was a Marion County criminal court judge from approximately 1972 through December 2006. During this period he was subjected to disciplinary action for nepotism and for taking personal gifts from a court contractor. He has been a Marion Superior Court senior judge, assigned to hear a limited number of cases, since 2007. He has exhibited extraordinary ignorance of the law, along with an obsession with others' mental health, which he indulges by concocting and spreading scurrilous gossip, and wasting taxpayer money paying off unscrupulous psychiatrists to provide his desired "diagnoses." Proclaiming himself "your Jewish judge," he has used the power of his position to bully vulnerable Jews. Evan Goodman has relentlessly stalked me, to interfere in and disrupt my life.

4. Defendant Cynthia Ayers has been a Marion Superior Court Civil Division judge since 1991. As an African-American, she claims privileged entitlement to bully and abuse Jews, employing accusations of mental illness to rationalize her bullying. I have never met her in person.

5. Defendant Rebekah Pierson-Treacy, has been a Marion Superior Court Criminal Division judge since January 2001. She punishes *pro se* litigants with specious criminal charges and concocted, non-appealable "convictions" for daring to proceed *pro se*. She was subjected to disciplinary action for distributing a flyer suggesting that Big Money donations to her reelection campaign could purchase the donors' desired outcomes in her court.

6. Defendant William Nelson has been a Marion Superior Court Criminal Division judge since January 2001. He exhibits obvious bias in favor of prosecutors.

7. Defendant J. Richard Campbell, a longtime resident of Hamilton County, has been a judge of Hamilton Superior Court since January 1997. I have never met him in person.

8. Defendant Marion County Prosecutor's Office has responsibility for enforcing state criminal laws in Marion County, Indiana. In so doing, the office provides legal advice to police.

2

Prosecutors are given enormous power to decide who will be charged with criminal offenses, with what offenses they will be charged, and whether a prosecution will be pursued vigorously or whether the prosecutor will just go through the motions to satisfy political considerations.

9. Defendant Leroy Robinson, who has exhibited anti-Semitism, is a member of the Indianapolis-Marion County City-County Council, representing Council District 1, the district in which I reside. He was an at-large member from January 2012 through December 2015.

10. Defendant Carolyn Colvin is the acting commissioner of the United States Social Security Administration ("SSA"), which manages retirement and disability benefits. The SSA bears the critical responsibility of protecting Americans' identities and the very integrity of our lives. However, the SSA has become permeated with corruption and incompetence, such that no one's identity is safe. Americans' Social Security numbers may be shared with undocumented immigrants to allow commission of identity theft and voter ID fraud.

11. Defendant Loretta Lynch is the Attorney General of the United States and head of the U.S. Department of Justice. The Department of Justice has perpetrated a pattern of viciously prosecuting the poor and powerless while allowing the rich and powerful to freely commit crimes that harm millions of Americans without ever being held to account.

12. Defendant Richard L. Young has been a district judge of the U.S. District Court for the Southern District of Indiana since March 1998. He is being sued for actions taken outside the scope of his employment.

13. Defendant Susan Brooks has, since January 2013, held the position of United States Representative from Indiana's Fifth Congressional District, in which I reside and which includes all of Hamilton County and the northern tier of Marion County. From October 2001 – October 2007, she was United States Attorney for the Southern District of Indiana. She was in private law practice in the area of government dealings from 1999-2001. She has manifested an attitude that

3

our federal courts should be reserved for the exclusive use of her Big Money campaign donors.

14. Defendant Lula Patton, who manifests anti-Semitism and extreme jealousy of other women, has held the position of Pike Township Trustee and supervisor of the Pike Township Fire Department since January 2003. Claiming special entitlement as an African-American to bully and exploit others, and claiming that she personally owns Pike Township, Lula Patton uses her position to threaten to burn down people's houses.

15. Defendant Gerald Bepko was the employment supervisor of Arun Srivastava, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, and me. His current job title is law professor, but he has exhibited astonishing ignorance of the law. His license to practice law has been in inactive/retired status since 1991, and thus he has not been legally permitted to represent anyone other than himself since 1991.

16. Defendant Ora Pescovitz has used a variety of aliases including Carolyn H. Srivastava and Carolyn Wendy Herz, with intent to deceive others and benefit herself at my expense, so I refer to her herein as Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz. She has also used the names Ora Hirsch Pescovitz, Carol Wendy Hertz, and Carolyn Wendy Hertz. She is a vindictive sexual predator, pathological liar, thief, drug addict/dealer, and professional victim given to paroxysms of enraged jealousy, particularly against women. Her machinations include use of aggressive sex and haranguing to manipulate gullible men to accede to her demands, blackmail, forgery, inducement into drug addiction, inciting conflict, and disrupting the operations of respected institutions. When asked to take any action, her first response is, "What's in it for me?" She demands that others perform oral sex on her, which I refuse to do.

17. Defendant Charlene Pfenninger, an accomplice of Evan Goodman whom I had the misfortune to encounter, resides in a neighborhood in close proximity to mine.

18. Defendant Arun Srivastava was my husband from December 1981 – July 1993 and is

4

the father of my son. During our marriage, he was emotionally and physically abusive, which is why I divorced him. He has exploited me, including spreading vicious lies about me, to advance his career and enhance his personal wealth. He currently resides in Florida.

19. Defendant Jacqueline Hobbs, an alcohol abuser and Indiana native, is the wife of Arun Srivastava. She has pretended to be my son's mother in order to callously exploit him as a tool for her own gain. She claims to be a psychiatrist, but is not licensed in Indiana. My personal interactions with her have been very minimal, and never in Florida. I have never wanted or received any professional services from her.

20. Defendant Hillary Clinton, an abuser of women, has harbored a lifelong ambition to glorify herself as the First Woman President, parlaying her husband's political talents and intellect into stints as Governor's Wife and President's Wife to pave the way for her 2016 Democratic Party nomination for the office. She manifests vindictiveness, poor judgment, slimy deceitfulness, and greed, fueled by excessive consumption of alcohol. From a sheltered cocoon of privilege, she cruelly bullies and exploits the vulnerable, throws violent profanity-laced temper tantrums, and then plays the victim. In 2008, she threatened to sabotage Barack Obama's general election campaign unless he agreed to appoint her secretary of state and strongly promote her candidacy for president in 2016, even though she was not qualified for either job. Hillary Clinton incites bigotry and divisiveness and promotes bad government.

## II. ALLEGATIONS IN SUPPORT OF COMPLAINT

21. Hamilton County, Indiana meets preferred venue requirements pursuant to Ind. Trial Rule 75 (A) (4) and (5), as individual defendants' offices are located in Hamilton County, and some claims relate to Hamilton County government courts and a governmental organization is named as a defendant.

22. In Indiana, women are targeted for law enforcement harassment, due to a perception

5

and/or reality that women are more likely to be submissive, and to plead guilty to offenses they did not commit out of a mistaken notion that doing so will make the prosecution go away. More generally, prosecutors and many judges view witnesses and those accused of crimes not as human beings but as merely tools to be used for their own purposes. They do not care when an innocent person spends decades in prison for a crime he did not commit, while the real perpetrator goes free and unpunished, or whether a forced "witness" dies in a botched sting operation.

23. Defendants have sought to establish a *de facto* class system in which they claim to be superior to everyone else and claim privileged entitlement to whatever they want merely because they want it, to maliciously make everyone's life other than their own worse, and to exploit others for their personal gain. They perpetrate cruel retaliation against anyone whom they perceive to have "hurt" them, particularly by harming their children, and aggressively accuse others of offenses they themselves commit. They embrace selfishness as a desirable attribute.

24. Defendants look down on me as an easy target to exploit because I am a single Jewish woman without family roots in Indiana. They have interfered in and disrupted every aspect of my life, including blacklisting me from all paid employment, forcibly or constructively preventing me from participating in the activities of volunteer organizations, intimidating friends away from socializing with me, and interfering with my business relationships.

25. In order to accomplish this, they have employed a practice of concocting fabrications that I am mentally ill and that I have perpetrated all sorts of misconduct. They recruit amoral women to relentlessly commit identity theft against me, engaging in misconduct in my name, so that I will receive the punishment for their misbehavior, and they may receive undeserved benefits. In order to facilitate the predation, defendants recruited Arun Srivastava, Charlene Pfenninger, and other amoral individuals to falsely identify their identity thieves as me.

26. Sex-obsessed Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz

6

has been the centerpiece of defendants' abusive behavior. Defendants have used me as a scapegoat for the serious misconduct of Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, who claims privileged entitlement to a personal slave and scapegoat. Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz has perpetrated a twenty-five-year long practice of secretly stalking me, to interfere in in and disrupt every aspect of my life, and to steal my property. I, plaintiff Carolyn Wendy Herz, have never liked her, I will not talk to her and I do not want her in my life.  She is not a good girl.

27. Defendant government officials keep Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz out of prison and on the streets, and give her prestigious-sounding employment positions to appease her, because she is a useful tool for grabbing power and other people's money. Despite being showered with benefits to which she is not entitled, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz constantly whines that she is being treated "unfairly," and that everyone's primary goal should be to keep her "comfortable."

28. The so-called criminal justice system is used to advance many agendas other than public safety. Promotion of prosecutors' political careers is one major agenda. Oppression of the poor and powerless, and particularly people of color, is another. Acquisition of money to fund Big Government by fining those least able to afford it, to avoid the politically fraught action of raising taxes on those who can best afford it is a third. Creating an excuse to steal citizens' Social Security numbers and identities is a fourth. I call this sick mess a "bullyocracy."

29. Defendants have sought to consolidate and maintain power through corruption of the voting process, to "win" by cheating. Tactics such as falsely charging opposing candidates with crimes, intimidating voters, brazenly falsifying results, enacting voter suppression laws, drastically reducing the number of polling places, computer hacking, and bribery have been employed.

30. Hillary Clinton learned about Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Car-

7

olyn Wendy Herz through her husband's Indiana political associates. Like Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Hillary Clinton takes credit for others' accomplishments, projects her own serious character flaws onto others, derives sadistic pleasure from inflicting pain on others, and manifests an attitude that she is exempt from rules and laws that apply to everyone else.

31. As Arkansas first lady, Hillary Clinton viciously attacked women who accused her husband of sexually assaulting them. As U.S. First Lady, Hillary Clinton far overspent the taxpayer-funded White House budget on lavish parties. As a U.S. senator, she brazenly flouted Senate ethics rules with regard to her staff members. As U.S. Secretary of State, she had a top aide, who has been accused of having ties to radical Muslim organizations, simultaneously on the payrolls of the State Department and a Clinton-run private organization that takes donations from foreign governments.

32. If Hillary Clinton were to become president, she would use Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, along with her Department of Justice, and her Social Security Administration, to continue to prey on me, and I am tired of being bullied.

33. Marion County government officials have admitted in court documents to the pattern of offenses committed against me over a period of more than twenty years. I state claims arising from a subset of those offenses in this complaint.

### III. STATEMENT OF LEGAL CLAIM

34. I (plaintiff) support the following claims by reference to the previous paragraphs of this complaint:

35. **Count I**. Racketeering: Defendants have used money obtained from a pattern of racketeering activity against me and others to set up and maintain an enterprise, which engages in interstate commerce, and which infiltrates government and other organizations to turn them to its

own nefarious purposes and exhibits complete disregard for human life, to keep me in a condition of involuntary servitude, to punish me for refusing to perform oral sex on Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz by viciously attacking my family members and me, to help Hillary Clinton to become president by devious means, and to allow defendants to freely commit crimes, activities prohibited by 18 U.S.C. §§ 1962 (a), 1962 (b), and 1962 (d). The racketeering includes the following predicate offenses:

a. Dealing in controlled substances: For many years, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, assisted by the other defendants, has bought and sold unlawful controlled substances, including those trafficked from other countries, instigated others into doing so as well, and seduced the unwary into addiction in order to sell them drugs.

b. Fraud in connection with identification documents, 18 U.S.C. § 1028 (a)(1), retaliation against witness, 18 U.S.C. § 1513 (e): In March 1987, Marion County Prosecutor's Office and Evan Goodman intentionally using my means of identification, name and driver's license number, without lawful authority, entered into electronic records and maintains to this day, a false allegation that I exceeded the speed limit on March 4, 1987. The intent was to smear my reputation, to extort money from me, and to oppress me because I am a Jewish woman, in violation of 18 U.S.C § 241, and, currently to punish me for providing truthful information about possible commission of federal criminal offenses to United States attorneys and the Attorney General of the United States through service of process in litigation.

c. Fraud in connection with identification documents, 18 U.S.C. § 1028 (a)(1), retaliation against witness, 18 U.S.C. § 1513 (e): In March 1989, Marion County Prosecutor's Office, Evan Goodman, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, intentionally using my means of identification, name and driver's license number, without lawful authority, entered into electronic records and maintains to this day, a false allegation that I was

9

convicted on March 8, 1989 of "failure to obey signs or markings" on February 12, 1989 under case no. 49F14-8903-OV-025228. I never committed that violation, I was never charged with that violation, and the court has no record of that case. The intent was to smear my reputation with a false accusation, to oppress me because I am a Jewish woman, 18 U.S.C § 241.

d. Witness tampering, 18 U.S.C. § 1512 (c): In 1992, Hillary Clinton, in collaboration with Loretta Lynch, destroyed documents relating to her business dealings in Arkansas, with intent to prevent their being used in an official proceeding. Hillary Clinton removed and destroyed additional documents in 1993, after the death of White House counsel Vince Foster.

e. Murder, dealing in controlled substances: In March 1994, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz induced her neighbor's children in Hamilton County into drug use, and then incited one of her criminal crony drug dealers to viciously slash their throats, causing their deaths.

f. Attempt to commit murder: In October-November 1994 Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, with intent to cause my father's death, in collaboration with Evan Goodman, Gerald Bepko, and Arun Srivastava, sexually assaulted him, and harassed and harangued him with horrible allegations about me, thereby causing him such severe emotional distress that he suffered a ruptured aneurysm, from which he nearly died.

g. Attempted murder: In November 1996, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz and Evan Goodman induced a woman to suddenly turn out of a driveway directly in front of me, across the lane in which I was driving, as I was driving down a major thoroughfare, such that I could not stop in time to avoid hitting her van, which was much larger than my car. The intent was that I would die from the impact.

h. Murder: On or about November 1, 1999, Jacqueline Hobbs intentionally administered to Arun Srivastava's mother an overdose of either a narcotic painkiller, a sedative, the anti-

10

psychotic Seroquel, or the powerful anesthetic propofol, with intent to cause her death, and it did cause her death.

i. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): Evan Goodman, Cynthia Ayers, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Susan Brooks, Richard L. Young, and Hillary Clinton used a front person to send a very threatening letter to me dated January 22, 1999 via United States mail falsely alleging that I had committed crimes that they knew were really committed by Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, thereby using my name and address without lawful authority, with intent to commit felony deprivation of rights (18 U.S.C. § 241), mailing threatening communications (18 U.S.C. § 876), and felony intimidation.

j. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): On or about January 27, 1999 Evan Goodman, Gerald Bepko, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz created and distributed four pornographic e-mail messages, which they falsely claimed were generated by me but which were really generated by them, thereby using my name without lawful authority, and caused them to be transmitted by wire in interstate commerce. They then, in February-March 2000 presented and used the e-mails in Marion Superior Court case number 49F16-9902-DF-025481 to mislead a judge and jury, with intent to commit the Indiana felonies of identity deception and obstruction of justice.

k. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): During the period February 1999 through March 10, 2000, Marion County Prosecutor's Office, Evan Goodman, Gerald Bepko, Cynthia Ayers, Charlene Pfenninger, Hillary Clinton, Arun Srivastava, Jacqueline Hobbs, Richard L. Young, and SSA, without lawful authority, intentionally transferred my name, address, and social security number through the United States mail and electronically in interstate commerce to falsely accuse me of stalking, Marion Superior Court case

11

no. 49F16-9902-DF-025481, when they knew the real perpetrator was Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz who intentionally committed stalking in my name, with intent to commit felony conspiracy against rights and obstruction of religion (18 U.S.C. §§ 241and 247), witness tampering (18 U.S.C. § 1512), and the Indiana felonies of forgery, obstruction of justice, identity theft, and felony intimidation. One intent of the bogus prosecution was to create an excuse to obtain my social security number to disseminate far and wide to the general public to allow Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Jacqueline Hobbs, and others to relentlessly commit identity theft against me.

l. Bribery: In 1998 – 1999, Evan Goodman used the funds of a tax-exempt religious congregation to pay the prosecutor money he is not authorized by law to accept to file and prosecute the aforementioned bogus charges against me.

m. Attempted robbery: In 1999, Evan Goodman used the aforementioned bogus prosecution to try to force me to give my money to his reelection campaign by placing me in fear.

n. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): In approximately December 1999, Marion County Prosecutor's Office, Evan Goodman, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz used my name, date of birth, and social security number without lawful authority by intentionally entering into the Chronological Case Summary of then case number 49F16-9902-DF-5481 a false notation that I had failed to appear for a hearing, when in fact I had appeared for the hearing (which is subsequently noted), and transferred the false information electronically in interstate commerce. They thereby committed the Indiana felonies of forgery, identity theft, and obstruction of justice.

o. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): In March 2000 Evan Goodman, Marion County Prosecutor's Office, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, SSA, and Hillary Clinton knowingly used and trans-

12

ferred my means of identification, name and address, electronically in interstate commerce without lawful authority, to create a record of a protective order against me, no. 49F17-0003-PO-000415, without any probable cause whatsoever. They then, in February 2004, again used my means of identification without lawful authority to transfer the case to a different courtroom and give it an entirely new number, 49G21-0402-PO-427, to create a false appearance that a new protective order had been issued, without any court proceedings or any factual basis. The protective orders were intended to commit the federal offenses of 18 U.S.C. §§ 241 and 247, and the Indiana felonies of intimidation, obstruction of justice, and forgery.

p. Mail fraud: Having devised a scheme to defraud me of my property interest in worshipping at the Indianapolis Hebrew Congregation, Marion County Prosecutor's Office, Evan Goodman, Cynthia Ayers, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, through a front person, sent me a letter dated June 12, 2000 and which I received on June 17, 2000, threatening me with arrest for doing so.

q. Mail fraud, wire fraud: During the period April 2000 through 2015, in Marion Superior Court case nos. 49D03-0004-CT-000580, 49D06-0011-CP-001662, 49D01-0301-CT-000143, 49D13-0301-CT-000178, 49D06-0304-PL-000708, 49D06-0308-PL-001535, 49D06-0309-PL-001592, 49D02-0411-CT-002095, 49D01-0412-PL-002315, 49D03-0501-PL-002988, 49D01-0506-PL-021605, 49D03-1401-CT-000437, 49D04-1411-CT-038000, 49D02-1412-CT-039726, 49D06-1412-CT-040938, and 49D14-1501-CT-003126, Evan Goodman, Richard L. Young, Cynthia Ayers, J. Richard Campbell, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, having devised a scheme to defraud me of my filing fees and reputation, substituted poor quality complaints and other filings that purported to have been drafted and signed by me but were not authorized by me for my real filings, conducted *ex parte* conferences with Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz impersonating me,

13

and intimidated judges, to have the cases summarily dismissed based on their threats and decep-

tions. They also forged judges' signatures to alleged orders that were not authorized by the judg-

es. They sent their fraudulent documents by U.S. mail and electronically in interstate commerce.

r. Bribery: In 2000, Hillary Clinton instigated the granting of pardons to certain fa-

vored criminals in exchange for campaign contributions and votes in her U.S. Senate campaign.

s. Murder: Defendants sabotaged the private planes used by two U.S. senate candi-

dates, with intent to cause their deaths: Mel Carnahan in 2000 and Paul Wellstone in 2002.

t. Violation of 18 U.S.C. §§ 32, 1361; and 2339, and 49 U.S.C. §§ 46502, 46504, and

46506 pursuant to 18 U.S.C. § 2332b (g)(5)(B); and murder: In 2000 and 2001, Hillary Clinton

collaborated with others to allow foreign terrorists to freely travel in and out of and within the

United States, to plan and prepare to use airplanes to attack buildings and kill nearly 3,000 peo-

ple on September 11, 2001. The intent was to create an excuse to invade Iraq, killing or displac-

ing tens of thousands of Iraqi men, women, and children, as well as thousands of U.S. military

personnel, so that Hillary Clinton as a U.S. senator could appear "ready to be Commander-in-

Chief" in anticipation of a campaign for president.

u. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): On

August 11, 2000, Marion County Prosecutor's Office, Evan Goodman, Charlene Pfenninger, and

Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, without probable cause,

induced police to issue me a speeding ticket that had no factual basis, thereby intentionally

transmitting my means of identification electronically in interstate commerce without lawful au-

thority. One objective was to force me to pay fines incurred by them, and to threaten me with a

$10,000 punishment for disputing the ticket in court, thereby committing felony intimidation,

promoting prostitution, and attempted felony theft. I took it to court anyway, and it was dis-

missed.

14

v. Robbery, kidnapping, promoting prostitution: On April 13, 2001, Marion County Prosecutor's Office, Evan Goodman, Cynthia Ayers, Charlene Pfenninger, Hillary Clinton, and Richard L. Young took my car, which was legally in my possession and was legally parked, away by using threat of force to force me to pay to retrieve it, and then intentionally caused me to be moved by force from a place where I was peacefully participating in religious worship to a place of confinement, and extorted ransom from me. They then re-charged me with a crime that they knew I did not commit and of which I had been acquitted, thereby expressing an intention to unlawfully subject me to restraint, with intent that I refrain from participating in Jewish community worship against my will, and to punish me for refusing to perform oral sex on Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz.

w. Robbery, kidnapping, Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): On August 31, 2001, Evan Goodman, Gerald Bepko, Cynthia Ayers, and Marion County Prosecutor's Office took my car, which was legally in my possession and was legally parked, away by using threat of force to force me to pay to retrieve it, and then intentionally caused me to be moved by force from a place where I was peacefully participating in religious worship to a place of confinement, and extorted ransom from me. They then charged me with criminal trespass that a deputy prosecutor committed using my unlawfully obtained identification information, thereby transmitting my means of identification in interstate commerce without lawful authority, with intent to commit the federal offenses of 18 U.S.C. §§ 241, 242, and 247, and the Indiana felonies of intimidation, promoting prostitution, and obstruction of justice.

x. Mail fraud, wire fraud: During the period January 2002 through April 2002, Gerald Bepko, Evan Goodman, Cynthia Ayers, and Marion County Prosecutor's Office, having devised a scheme to defraud me of my filing fees, drafted and sent via U.S. mail and electronically in interstate commerce alleged Indiana Court of Appeals opinions in case nos. 49A02-0201-CR-1 and

15

49A02-0204-CR-278 that falsely accused me of malfeasance that was really committed by Ora Pescovitz a/k/a Carolyn Srivastava a/k/a Carolyn Wendy Herz.

y. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): On or about July 12, 2002, Evan Goodman, Rebekah Pierson-Treacy, Gerald Bepko, Richard L. Young, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Susan Brooks, Hillary Clinton, Arun Srivastava, Jacqueline Hobbs, and Marion County Prosecutor's Office used my name without lawful authority. They created unsigned documents purporting to be a "sentencing order" and "judgment of conviction" (in that order) to falsely "convict" me of trespass that was really committed by a deputy prosecutor they recruited, using my social security number and other identification information. They were not real orders signed by a judge. They then transferred their phony "conviction" in interstate commerce via electronic court records. Major objectives were to intimidate me away from exercising my constitutional rights to 1) participate in Jewish community worship and 2) take appeal from a fraudulent "judgment." Defendants have thereby committed conspiracy against rights, 18 U.S.C. § 241; and the Indiana felonies of identity theft, obstruction of justice, promoting prostitution, and forgery.

z. Wire fraud, 18 U.S.C. § 1343: On December 20, 2002 Evan Goodman, Cynthia Ayers, Richard L. Young, Charlene Pfenninger, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, having devised a scheme to defraud me of my money, intentionally unlawfully altered the chronological case summary of then-closed Marion Superior Court case number 49D06-0011-CP-001662 to include a false notation that the court had entered a judgment against me for $8,922.88, and transmitted the allegation in interstate commerce.

aa. Mail fraud, wire fraud: During the period 2002 – 2005, Evan Goodman, Gerald Bepko, Richard L. Young, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, having devised a scheme to defraud me of my filing fees and reputation, drafted and sent

via U.S. mail and electronically in interstate commerce alleged Indiana Court of Appeals opinions in case nos. 49A02-0112-CV-883 and 49A02-0305-CV-00456 that falsely accused me of malfeasance that was really committed by them.

bb. Tampering with witness, victim, informant, 18 U.S.C. § 1512; wire fraud; mail fraud; robbery; money laundering; obstruction of justice: Through several transactions during the period December 2002 through July 2005, Gerald Bepko, Richard L. Young, Susan Brooks, J. Richard Campbell, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Charlene Pfenninger, and Evan Goodman, having devised a scheme to steal my money, using my social security number and other identification information that they had stolen, effected the removal of more than $70,000.00 from my financial account and diverted it through intermediaries into their own pockets, for which federal tax reporting is required, by threatening harm to my financial advisor if he refused to hand over the money. They sent communications by U.S. mail falsely alleging that I had authorized the transactions. Their intent was also to use the theft to intimidate me away from providing evidence to federal courts of federal offenses committed by them.

cc. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): Evan Goodman, Charlene Pfenninger, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz have created email accounts in a name intended to indicate me, to send pornographic and/or threatening email messages purporting to have been sent by me. Defendants also corrupt my real emails by inserting pornographic and/or threatening statements into them. Every time I send an email message, they follow right behind with one of their threatening, pornographic communications, so recipients will respond with hostility toward me. Defendants also have identity thieves make threatening and pornographic telephone calls purporting to be from me. Their intent is to commit felony identity theft and promoting prostitution.

17

dd. Wire fraud: During the period June 2003 through July 2004, Marion County Prosecutor's Office, Susan Brooks, Evan Goodman, Cynthia Ayers, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Gerald Bepko, Rebekah Pierson-Treacy, and William Nelson, having devised a scheme to defraud me out of my money, concocted and sent electronically in interstate commerce a false accusation of a "probation violation" against me, in order to induce a judge to falsely assert that I owed them $184.00.

ee. Murder: Defendants used Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz to cause such severe stress to then-Indiana governor Frank O'Bannon that he died of a stroke in 2003.

ff. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): In approximately January 2004, Gerald Bepko, Marion County Prosecutor's Office, Cynthia Ayers, Evan Goodman, Rebekah Pierson-Treacy, William Nelson, Richard L. Young, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, in collaboration with the Indiana Supreme Court administrator at the time, knowingly and without lawful authority sent my means of identification electronically and by U.S. mail in a summary dismissal of Original Action number 49S00-0401-OR-36 that purported to have been based on my filings but that was really based on their nonsensical forgeries, thereby oppressing and injuring me for exercising my First Amendment right to petition the government for redress of grievances, 18 U.S.C. §§ 241 and 242, and committing the Indiana felonies of theft of my filing fee, obstruction of justice, promoting prostitution, and forgery.

gg. Mail fraud, Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): Marion County Prosecutor's Office, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Evan Goodman, Cynthia Ayers, and Hillary Clinton, with intent to deprive me of my property interest in attending an event at Jewish Congregation Beth-El Zedeck for which I

18

had paid, intentionally sent to me by U.S. Postal Service a very threatening letter dated April 28, 2005 on Beth-El letterhead purporting to have been written by the president of Beth-El but containing a forged signature, and falsely alleging that I sent a threatening letter when it was really they who had secretly sent a threatening letter. They thereby knowingly used and transferred without lawful authority my means of identification and that of the Beth-El president, with intent to commit felony conspiracy against rights, deprivation of rights, and mailing threatening communications (18 U.S.C. §§ 241, 242, and 876 (c)) and the Indiana felonies of forgery, official misconduct, promoting prostitution, and felony intimidation. They continued to use their letter for felony intimidation purposes in October 2009.

hh. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): From 2005 up to the present, Evan Goodman, Cynthia Ayers, Hillary Clinton, Gerald Bepko, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz have used my name without lawful authority to have one of their identity thieves commit crimes at the Indianapolis Jewish Community Center in my name, and to secretly communicate records of those offenses electronically in interstate commerce, so that I am excluded from that venue based on the misconduct of others, thereby committing felony identity theft.

ii. Fraud in connection with identification information, 18 U.S.C. § 1028 (a)(7): Evan Goodman, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Cynthia Ayers, and Hillary Clinton sent me a letter dated February 7, 2008 via U.S. mail falsely alleging that I had engaged in "irrational behavior" meriting exclusion from Congregation B'nai Torah and that the decision had been made by the B'nai Torah Board of Directors, when it was really one of their identity thieves who had engaged in irrational behavior using my name, and the decision to exclude me had been made by them. None of them is a member of B'nai Torah. They thereby knowingly used and transferred without lawful authority my means of identification and that of

19

the B'nai Torah Board of Directors, with intent to commit felony conspiracy against rights, deprivation of rights, and mailing threatening communications (18 U.S.C. §§ 241, 242, and 876 (c)) and the Indiana felonies of forgery, felony intimidation, and promoting prostitution.

jj. Computer fraud, 18 U.S.C. § 1030 (a)(1) pursuant to 18 U.S.C. § 2332b (g)(5)(B), bribery: During the period January 2009 through January 2013, Hillary Clinton used a private server in her home for communication of information requiring protection against disclosure, thereby exceeding authorized access to protected U.S. government computers, to provide restricted information to foreign governments in exchange for large contributions to her husband's private foundation and generous speaking fees to her husband personally. She also willfully retained the information until ordered to share it through congressional subpoenas and court orders.

kk. Conspiracy to commit murder: In 2008 Jacqueline Hobbs, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Evan Goodman, Hillary Clinton, and Gerald Bepko agreed to cause my son's death. In furtherance of this agreement they hired a mechanic to sabotage his car by breaking the axle on November 21, 2008, with intent that he would be killed in a motor vehicle "accident."

ll. Wire fraud; Extortion, Florida Statutes Title XLVI § 836.05: During the period November 18-28, 2008, Jacqueline Hobbs, Evan Goodman, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, having devised, though wire communications, a scheme to defraud me of my money, induced me to spend $212.08 on a hotel reservation for my son, which they then coerced him into refusing to use.

mm. Extortion, Florida Statutes Title XLVI § 836.05: During the period August 2010 through at least June 2014, Jacqueline Hobbs, Arun Srivastava, Gerald Bepko, Hillary Clinton, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, and Evan Goodman have maliciously threatened injury to the person and reputation of my son, who resided in Florida dur-

20

ing that period, with intent to compel him to refrain from contacting me or responding to my telephone calls, against his will, as part of their sadistic effort to use him as a tool against me.

nn. Obstruction of justice, 18 U.S. C. § 1503: Hillary Clinton is using threatening communications to prevent Loretta Lynch from prosecuting her for the aforementioned willful disclosures of classified information, thereby obstructing the due administration of justice.

oo. Wire fraud: With intent to defraud us citizens of an honest and competent president, Hillary Clinton has communicated the false information electronically in interstate commerce that the millions of dollars in payments she received from large financial institutions and pharmaceutical corporations during 2013 - 2015 were for general speeches. In reality, they were payments for promises that, as president, she would allow them to scam us ordinary Americans and charge exorbitant prices and fees, without regulation or legal action against them.

pp. Murder: In February 2016, defendants used Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz to cause such extreme stress to Catholic U.S. Supreme Court justice Antonin Scalia, who already suffered from multiple ailments, that it caused his death. The intent is for their expected president Hillary Clinton to appoint a Methodist to the position.

qq. Retaliating against witness, 18 U.S.C. § 1513; Misuse of identification information in interstate commerce, 18 U.S.C. § 1028 (a)(7), kidnapping: With intent to retaliate against me for providing federal law enforcement officials with truthful information about their malfeasance, defendants are planning to recruit one of their identity thieves to commit crimes in my name, so that they may brutally seize my person and drag me to a place of confinement, to extort money from me as ransom, and transmit my means of identification without lawful authority electronically in interstate commerce to commit the federal felonies of conspiracy against my rights, deprivation of rights, and hate crime due to my gender and religion, 18 U.S.C. §§ 241 and 249; and the Indiana felony of criminal confinement. On January 3, 2014, they had a male indi-

vidual with a heavy foreign accent telephone my home from the Marion County Sheriff's Office
to tell me that he had a warrant for my arrest, for no apparent reason.

rr. Fraud in connection with identification information, 18 U.S.C. § 1028 (7): Evan
Goodman, Richard L. Young, Gerald Bepko, Susan Brooks, SSA, Loretta Lynch, Hillary Clin-
ton, J. Richard Campbell, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy
Herz have used my means of identification, including home address, telephone number, and so-
cial security number, without lawful authority, to create and transfer in interstate commerce false
identification documents, to make false statements relating to, and obtain by false representa-
tions, healthcare benefits, 18 U.S.C. §§ 1001, 1035, and 1347; and 42 U.S.C. § 1383a, specifical-
ly to obtain Medicaid, Supplemental Security Income for Disabled, and Section 8 housing assis-
tance for which Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz is not eli-
gible because she owns assets totaling more than $1.9 million, which have been placed in a trust
under her real name of Ora Pescovitz or Ora Hirsch Pescovitz. Defendants have obstructed in-
vestigations of these offenses, 18 U.S.C. § 1518. I, plaintiff Carolyn Wendy Herz, have never
knowingly applied for and have never received any of these benefits. The defendants also use the
false information to obtain court judgments against me for the misbehavior of Ora Pescovitz
a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, while seeking to shield her assets in her
trust from judgments, thereby committing the Indiana felonies of theft and obstruction of justice.

ss. Obstruction of justice, 18 U.S. C. § 1503: Hillary Clinton is using threatening
communications to force President Obama to secretly pardon her for federal offenses she has
committed, thereby impeding the due administration of justice.

tt. Bribery: Hillary Clinton gives money to Richard L. Young with intent to induce
him to take actions not authorized by law: abuse his position to substitute poor quality forgeries
for my real filings in federal and state courts, to extort money from me, to forge orders purport-

22

ing to have been issued by state court judges, and to ensure that no criminal charges are brought against her or her accomplices.

uu. Wire fraud: Through intimidation tactics, Hillary Clinton is using Donald Trump to communicate falsehoods and bad policies that she secretly supports, but which she publicly ridicules for campaign purposes, with intent that voters choose her based on false pretenses. Some falsehoods/Hillary Clinton polices expressed by Donald Trump: the allegation that President Obama was not born in the United States; that President Obama was responsible for withdrawing from Iraq in 2011when it was George W. Bush who had negotiated the terms of the withdrawal; admiration for Russia's Vladimir Putin in preference to President Obama because he is Caucasian; opposition to the Iran nuclear agreement; refusal to honor the NATO treaty; filling the prison at Guantanamo Bay, Cuba with political opponents; and disdain for women who are younger, prettier, and thinner than she.

36. **Count II**. Corrupt business influence, Ind. Code § 35-45-6-2 and Ind. Code §§ 34-24-2-4 and 34-24-2-6: Defendants have formed an enterprise within the meaning of Ind. Code § 35-45-6-1 (c). They have knowingly conducted the affairs of the enterprise through a pattern of racketeering that has among its purposes 1) oppressing and exploiting me as a single Jewish woman to obtain undeserved power and money for themselves; 2) silencing and discrediting my expressed opposition to government malfeasance; and 3) committing election violations to attain and retain power. Predicate offenses include the following:

a. Theft: Gerald Bepko has claimed credit for my real legal work, thereby exerting unauthorized control over my intellectual property, with intent to deprive me of its use and value.

b. Theft of my identity and my blood: Gerald Bepko, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Evan Goodman, Cynthia Ayers, Arun Srivastava, and Jacqueline Hobbs used samples of my blood that I had donated for what I was told were legiti-

23

mate experiments for DNA analysis without my authorization, to enable Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz and/or Jacqueline Hobbs to falsely claim to be me, to exert unauthorized control over my identity, my property, my relations with my family members, and my family's property, with intent to deprive me of their use and value. They use the identity theft to allege that my son is not really my son and that I allegedly fraudulently took child support payments from Arun Srivastava.

c. Perjury: In a deposition taken on August 27, 2001, Charlene Pfenninger knowingly made a statement under oath that she did not know Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, and then volunteered the testimony that she had seen her at the airport. Obviously, she would be unable to identify someone whom she did not know, so at least one of Charlene Pfenninger's statements, material to the issues to be resolved in the case, was necessarily false.

d. Perjury: In the August 27, 2001 deposition, Charlene Pfenninger knowingly made a statement under oath, material to the issues to be resolved, that her "best friend" had participated in the aforementioned April 13, 2001 robbery, kidnapping, intimidation, and obstruction of justice against me, when it was really Charlene Pfenninger who committed the offenses.

e. Intimidation: Lula Patton obtained the position of Pike Township Trustee in 2002 by using physically large males to place precinct committeemen and voters in fear of harm to themselves and their families, with intent that they vote for Lula Patton against their will.

f. Intimidation, theft, promoting prostitution: During the period July 2002 up to the present, Marion County Prosecutor's Office, Cynthia Ayers, Susan Brooks, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Rebekah Pierson-Treacy, and Evan Goodman have excluded me from activities of the Indianapolis Section of the National Council of Jewish Women, of which I have been a dues-paying member, by placing other members in fear of harm

to themselves and their families if they dared welcome me to organization events, because I will not perform oral sex on Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz.

g. Intimidation, promoting prostitution: In August 2003, William Nelson, with malice aforethought, issued an order permanently barring me from participating in Jewish community worship, thereby placing me in fear for exercising my First Amendment right to free exercise of religion, with specific intent to punish me for refusing to perform oral sex on Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz.

h. Forgery, obstruction of justice: On or about July 21, 2003, October 3, 2003, and January 21, 2005, Gerald Bepko, Evan Goodman, J. Richard Campbell, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, and Cynthia Ayers created and entered into court records documents fraudulently purporting to be "injunctions" authorized by Marion Superior Court judges but which were neither signed nor authorized by the judges to whom they were attributed. The defendants' intent was to mislead judges to prevent my seeking relief in Marion Superior Court and other courts for the harm that defendants have caused me.

i. Forgery: During the period July 2005 up to the present, Gerald Bepko, Cynthia Ayers, Susan Brooks, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Richard L. Young, and J. Richard Campbell have exploited the so-called Voter ID law, P.L. 109-2005, to create fraudulent identification for ineligible voters, in order to skew election results to themselves and other favored candidates. One of my neighbors who works the polls has observed that a significant number of ID's presented have expiration dates in late November or early December of the election years in which they are presented. The purpose of the Voter ID law is to **promote** vote fraud and voter intimidation.

j. Suppression of a duly filed declaration of candidacy as part of criminal gang activity, Ind. Code § 3-14-1-1 (5); forgery: During the period June through September 2006, Evan

25

Goodman, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Cynthia Ayers, Susan Brooks, and J. Richard Campbell collaborated with the Indiana Election Commission to remove the name of the Indiana Senate District 29 Democratic Party candidate from the ballot on a frivolous pretext, so that the extremist Republican candidate would run unopposed. I was thereby denied my legal right to vote for that office.

k. Theft, intimidation: On July 20, 2008 I paid dues for one year's membership to the Congregation Shaarey Tefilla Sisterhood, thereby receiving an expectation that I would be welcome to participate in all Sisterhood activities. J. Richard Campbell, Evan Goodman, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz exerted unauthorized control over my dues with intent to deprive me of their use and value by expressing an intention to unlawfully injure Sisterhood members and their families, with intent that they exclude me from their activities, against their will.

l. Intimidation: In 2010, Evan Goodman, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Lula Patton, and Cynthia Ayers, expressed an intention to unlawfully injure known Democratic Party voters in Indiana, particularly African-Americans, with intent that they refrain from voting, against their will. In one heavily Democratic Marion County precinct, a total of ten (10) voters voted.

m. Bribery: Defendants are giving unemployed likely Democratic Party voters jobs in exchange for a promise to refrain from voting.

n. Intimidation: On April 27, 2011, defendants collaborated to punch a hole in the wall of my tire while my car was parked in Bloomington, thereby expressing an intention to damage my property, with intent that I refrain from traveling to Bloomington, against my will.

o. Forgery: In the November 2014 general election, Susan Brooks, J. Richard Campbell, Leroy Robinson, Cynthia Ayers, Lula Patton, and Ora Pescovitz a/k/a Carolyn H. Srivastava

a/k/a Carolyn Wendy Herz altered reports of vote tallies to create an appearance that the extremist Republican candidate for Indiana Senate District 29, in which I reside, had won when it was really his opponent who had prevailed.

p. Forgery, intimidation; fraudulent alteration of election return (IC 3-14-2-28) as part of criminal gang activity: For the 2015 municipal election, Leroy Robinson, in collaboration with other defendants, moved his residence into Council District 1, which was already represented (after redistricting) by longtime Jewish councillor Angela Mansfield, and declare his candidacy for District 1 councillor. They then placed election workers in fear of harm to themselves and their families, with intent that they falsify primary election results to allege that Leroy Robinson had won the primary.

q. Intimidation: Leroy Robinson has been placing some members of the City-County Council in fear of harm to themselves and their families, with intent that these members refrain from participating in certain votes, thereby depriving us citizens of a functioning government.

r. Theft, intimidation: Hillary Clinton, in collaboration with Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, exerted unauthorized control over the funds of a private non-profit university in Indiana to force the university to use its stipend to fund the political activities of a Clinton campaign staff member, and in an amount that is more than the allowed contribution to a federal primary campaign.

s. Falsifying Declaration of Candidacy (Ind. Code § 3-14-1-1 (2)) as part of criminal gang activity: Hillary Clinton, in collaboration with Cynthia Ayers, Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Evan Goodman, and others, placed her name on the Indiana ballot as a Democratic Party candidate for President of the United States, but she really supports the Republican Party, and is taking large campaign donations from Republican donors in exchange for secret promises to enact their favored policies if she becomes president.

27

t. Forgery, intimidation; fraudulent alteration of election return (IC 3-14-2-28) as part of criminal gang activity: In the May 3, 2016 primary election, Richard L. Young, Leroy Robinson, Hillary Clinton, Cynthia Ayers, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz altered reports of vote tallies in two Marion County precincts, for which results were not reported until the afternoon of May 4, 2016, hours after every other precinct in the state had reported results, to create a false appearance that Hillary Clinton had won Marion County, when Bernie Sanders really won Marion County.

u. Theft of my filing fee, forgery, obstruction of justice, intimidation: On or about June 6, 2016, defendants placed courts clerks in fear, with intent that they enter a dismissal of Hamilton Circuit Court case no. 29C01-1605-PL-004506, which named Hillary Clinton, Richard L. Young, J. Richard Campbell, Susan Brooks, Nationstar, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz as defendants, against their will, thereby falsifying court records with intent to mislead public servants. After I filed a motion to reopen the case, they then, on August 8, 2016, issued an alleged order denying the motion that purported to have been issued by the judge to whom the case was assigned but was not authorized by him.

v. Theft; felony theft of mail (18 U.S.C. § 1708) as part of criminal gang activity: Richard L. Young, Evan Goodman, Susan Brooks, and Cynthia Ayers, in collaboration with Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, have used government positions and identity theft to remove from the U.S. mail service copies of my filings that I have deposited, with correct postage, for delivery to opposing counsel in my court cases, with intent to facilitate their forgery and discredit me.

w. Promotion of human trafficking, intimidation, theft: Richard L. Young, Evan Goodman, Cynthia Ayers, Susan Brooks, and J. Richard Campbell have sought to force me into a same-sex marriage with Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz,

even though I am 100% heterosexual. In furtherance of this, they have expressed an intention to unlawfully injure eligible men and their families, with intent that the men refrain from pursuing romantic relationships with me, against their will. They have also expressed an intention to unlawfully injure anyone with whom I interact, with intent that they exclude me from all parties and other social gatherings, against their will.

37. **Count III**. Unlawful wiretap, Ind. Code § 35-33.5-5; Invasion of privacy: During the period from at least 1999 up to the present, Cynthia Ayers, Evan Goodman, Marion County Prosecutor's Office, and Susan Brooks have unlawfully intercepted my telephone and email accounts, induced my neighbors to videotape everyone who visits my home, and unlawfully monitored my communications made within the privacy of my home, to convey the contents of the interceptions, and videotapes to Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, to enable her to interfere in and disrupt all of my personal and business relationships.

38. **Count IV**: Conspiracy to interfere with rights, 42 U.S.C. § 1985: In order to ensure that she would become president, and to surreptitiously promote her own bigotry toward women, African-Americans, Muslims, Jews, Catholics, Hispanics, and LGBTQ people, Hillary Clinton collaborated with Susan Brooks, Loretta Lynch, and Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz to threaten Donald Trump with harm to himself and his family, including criminal prosecutions for his shady business dealings, unless he became a candidate for president. They then contrived to ensure that he was the Republican Party nominee by threatening voters around the country to vote for him, because she perceived that he, unlike establishment Republicans, would be really easy for her to beat in the general election.

39. **Count V**: The two provisions of the Indiana criminal trespass statute under which I

have been charged and threatened, current Ind. Code § 35-43-2-2 (b)(1) and (b)(2)[1], are overly broad and void for vagueness with respect to property owned by an association, thereby inviting arbitrary enforcement and allowing capricious denial of access to public accommodations for impermissible reasons such as race, religion, gender, etc., in violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the *Constitution of the United States*. Additionally, Ind. Code § 35-43-2-2 (b)(1) combined with Ind. Code § 35-43-2-2 (c)(1) is void for vagueness because there is no statutory time limit for the denial of entry to property and thus it could unreasonably last many, many years, as alleged in foregoing ¶ 35gg.

40. **Count VI**. Constitutional violation pursuant to 42 U.S.C. § 1983: Ind. Code Chapter 3-7-46, which prohibits those citizens convicted of crimes and incarcerated from voting, violates the First, Fifth, Fourteenth, and Fifteenth Amendments to the *Constitution of the United States* as it constitutes a second punishment for the same offense for which the defendant is already being punished, and it allows prosecutors to bring, or refrain from bringing, criminal charges for political reasons, to disenfranchise those likely to vote for political opponents, and to refrain from disenfranchising political allies. Moreover, 42 U.S.C. § 1973aa specifically prohibits use of moral character as a test in determining eligibility to vote. So-called law enforcement is so arbitrary and capricious that no citizen can avoid the application of Ch. 3-7-46 by refraining from committing a crime.

## IV. PRAYER FOR RELIEF

41. Based on the foregoing, plaintiff respectfully prays that this Court order the following relief:

42. Order Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz to use only her own name of Ora Pescovitz or Ora Hirsch Pescovitz, her own social security number,

---

[1] Previously Ind. Code § 35-43-2-2 (a)(1) and (a)(2).

her own home address, and her own DNA, and stop stealing my mine.

43. Pursuant to 28 U.S.C. § 1361, order Carolyn Colvin and the Social Security Admin-
istration to perform their duty to ensure that my social security number is linked only to my
name, Carolyn Wendy Herz, along with my other real identifying information, and to remove my
social security number from any other name to which it may be linked.

44. Pursuant to 28 U.S.C. § 1361, order Loretta Lynch to perform her duty to criminally
prosecute Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz, Evan Goodman,
Cynthia Ayers, Susan Brooks, Hillary Clinton, and anyone else who has used my social security
number and other means of identification to commit identity theft against me.

45. Order Marion County Prosecutor's Office, Evan Goodman, Rebekah Pierson-Treacy,
William Nelson, and Cynthia Ayers to completely delete and erase all records of their bogus
criminal, ordinance violation, and protective order actions against me, and ensure that the Indi-
ana State Police, Bureau of Motor Vehicles, and federal databases are updated to reflect the cor-
rections, and to correct all other erroneous court records pertaining to me, plaintiff.

46. Order Evan Goodman, Cynthia Ayers, Richard L. Young, and J. Richard Campbell to
stop interfering in my cases that are not assigned to them.

47. The provisions of the trespass statute set forth in Ind. Code § 35-43-2-2 (b)(1) and
(b)(2) should constitute a civil, not a criminal offense. There is already a civil tort of trespass
recognized in Indiana.

48. Criminal convictions should not affect voting rights, and prisoners should be allowed
to vote, as is the case in Maine and Vermont.

49. Order defendants to pay for DNA tests to prove that my son is my biological son, and
to prove that Ora Pescovitz a/k/a Carolyn H. Srivastava a/k/a Carolyn Wendy Herz and Jacquel-
ine Hobbs are not related to my family.

31

50. Order defendants to refrain from unlawfully interfering with elections.

51. Hillary Clinton should withdraw her candidacy, so that a qualified candidate can run, because she is unqualified to be President of the United States, and she should stop pressuring Donald Trump to continue his candidacy.

52. That the Court award me compensatory damages, treble damages as allowed by law, and/or punitive damages, and costs of this litigation.

53. Order such additional relief as the Court may deem just and proper.

### V. AFFIRMATION OF PLAINTIFF

I, the plaintiff in this cause, do affirm that all of the statements in this complaint are, to the best of my personal knowledge and belief, true and correct.

October 14, 2016

Dated _____

Respectfully submitted,

*Carolyn Wendy Herz*

Carolyn Wendy Herz, Plaintiff *pro se*
3105 Lehigh Court
Indianapolis, IN 46268-1320
Tel. (317) 876-0421
cwherz4802@gmail.com

Case 1:16-cv-02868-JMS-DML 29C01-1610-CT-009006 10/21/16 Page 34 of 36 PageID #: 38
Hamilton Circuit Court
Filed: 10/14/2016 10:53:23 AM
Tammy Baitz
Clerk
Hamilton County, Indiana

STATE OF INDIANA    )    IN THE HAMILTON CIRCUIT/SUPERIOR COURT
           ) SS:
COUNTY OF HAMILTON  )    CASE NO.

CAROLYN WENDY HERZ,      )
                     )
           Plaintiff,   )
                     )
     vs.               )
                     )
EVAN GOODMAN, et al.,     )
                     )
          Defendants.  )

## PRO SE APPEARANCE IN A CIVIL CASE

Party Classification: Initiating _X_ Responding _____ Intervening _____

1. The undersigned now appears in this case for the following party member:
   Carolyn Wendy Herz, 3105 Lehigh Ct., Indianapolis, IN 46268-1320; Tel: (317) 876-0421

2. Applicable information for service as required by Trial Rule 5(B)(2):

Name:    Carolyn Wendy Herz, *pro se*    Telephone:    (317) 876-0421 _____
Address:  3105 Lehigh Ct.              FAX:           _____ none _____
          Indianapolis, IN 46268-1320    Email Address:  cwherz4802@gmail.com

3. This is a _CT_ case type as defined in Administrative Rule 8(B)(3).

4. There are related cases: Yes ___ No _X_ *(If yes, list on continuation page).*

5. There are other party members: Yes___ No _X_ *(If yes, list on continuation page).*

6. I will accept service by electronic mail in PDF format: Yes _X_ No ____.

7. This form has been served on all other parties and Certificate of Service is attached Yes _X_
No ____.

*Carolyn Wendy Herz*

_____

Carolyn Wendy Herz, *Pro se* Initiating Party

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing is being served upon the following with process:

Loretta Lynch, Attorney General
of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney for the Southern
District of Indiana
c/o Civil Process Clerk
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Gregory Zoeller, Attorney General for the
State of Indiana
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204

Hon. Richard L. Young, Chief Judge
United States District Court for the Southern
District of Indiana
101 Northwest MLK Boulevard, Room 310
Evansville, IN 47708

Carolyn Colvin, Acting Commissioner
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

Rep. Susan Brooks
U.S. House of Representatives
11611 North Meridian Street, Suite 415
Carmel, IN 46032

J. Richard Campbell, Judge
Hamilton Superior Court No. 4
1 Hamilton County Square, Suite 292
Noblesville, IN 46060

Cynthia Ayers, Judge
Marion Superior Court Civil Division 4
200 E. Washington St., Room W-442
Indianapolis, IN 46204

Indianapolis Office of Corporation Counsel
c/o Andrew J. Mallon, Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, IN 46204

Rebekah Pierson-Treacy, Judge
Marion Superior Court Criminal Division 19
200 E. Washington St., Room T-442
Indianapolis, IN 46204

William Nelson, Judge
Marion Superior Court Criminal Division 18
200 E. Washington St., Room E-607
Indianapolis, IN 46204

Evan Goodman
9539 N Kenwood Ave.
Indianapolis, IN 46260

Marion County Prosecutor's Office
c/o Terry Curry, Prosecutor
251 E. Ohio Street, Suite 160
Indianapolis, IN 46204

Leroy Robinson, District 1 Councillor
241 City-County Building
200 E. Washington Street
Indianapolis, IN 46204

2

Gerald Bepko
IU McKinney School of Law
Lawrence W. Inlow Hall, Room 219
530 West New York Street
Indianapolis, IN 46202-3225

Jacqueline Hobbs
Department of Psychiatry
University of Florida College of Medicine
P.O. Box 100256
Gainesville, FL 32610-0256

Hillary Clinton
15 Old House Lane
Chappaqua, NY 10514

Lula Patton
Pike Township Trustee's Office
5665 Lafayette Road
Indianapolis, IN 46254

Ora Pescovitz
Eli Lilly and Company
Lilly Corporate Center
Indianapolis, IN 46285

Arun Srivastava
Cancer and Genetics Research Complex
University of Florida College of Medicine
2033 Mowry Road, Room 492-A
Gainesville, FL 32611-2079

Charlene Pfenninger
9025 Dewberry Court
Indianapolis, IN 46260

_Carolyn Wendy Herz_

_____

Carolyn Wendy Herz, Plaintiff

3